ACCEPTED
03-14-00605-CR
4510750
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/16/2015 1:18:16 PM
JEFFREY D. KYLE
CLERK

CAUSE No. 03-14-00605-CR

IN THE COURT OF APPEALS
FOR THE THIRD COURT OF APPEALS DISTRICT
AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
3/16/2015 1:18:16 PM
JEFFREY D. KYLE
Clerk

HOWARD THOMAS DOUGLAS,
Appellant,

VS.

THE STATE OF TEXAS,
Appellee.

On appeal from Cause No. D-1-DC-12-900059,
in the 331st Judicial District Court,
Travis County, Texas

## APPELLANT'S SECOND MOTION FOR
## EXTENSION OF TIME TO FILE APPELLANT'S BRIEF

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW, Appellant, Howard Thomas Douglas, and files this Second Motion for Extension of Time to File Appellant's Brief, and in support thereof respectfully shows this Court the following:

### I.

### APPELLANT SEEKS EXTENSION OF TIME TO FILE BRIEF

1.      Appellant is appealing his conviction in the 331st Judicial District Court of Travis County, Texas, for the felony offense of securing execution of a document by deception.

2.      **Appellant's Brief is due to be filed on March 16, 2015.**

3.      Trial lasted one week and resulted in five volumes of testimony and six volumes of exhibits, and Appellant's counsel needs additional time to review the testimony and evidence, and to conduct additional research and organize the arguments on behalf of Appellant. Given the nature of the issues expected to be asserted on appeal in this matter, Appellant's counsel

DEFENDANT'S SECOND MOTION TO EXTEND TIME TO FILE BRIEF                    PAGE 1

respectfully submits that justice would be best served by allowing Appellant's counsel additional time in which to prepare Appellant's Brief. For example, Appellant anticipates asserting as one of his arguments on appeal that the evidence was not legally sufficient to support the jury's verdict of guilty. Appellant's counsel needs additional time to review all of the testimony and the exhibits in order to present a thorough analysis of such evidence to this Court.

4. **Appellant respectfully moves this Court for an extension of thirty (30) days in which to file Appellant's Brief.** *See* Tex. R. App. P. 10,5(b), 38.6(d), making Appellant's Brief due on April 15, 2015.

5. **State Does Not Oppose Extension.** Appellant's counsel conferred via telephone with Ms. Angie Creasy, counsel for the State of Texas, on March 16, 2015, regarding the merits of this Motion, and Ms. Creasy stated that **the State does not oppose Appellant's motion** to extend time to file Appellant's Brief.

## II.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Appellant moves this Court to grant Appellant an extension of thirty (30) days in which to file Appellant's Brief, making the Brief due on or before April 15, 2015. Appellant further seeks such other relief to which he may be entitled, at law or in equity.

Respectfully submitted,

/S/ Craig M. Price
Craig M. Price
State Bar No. 16284170
Hammerle Finley & Scroggins Law Firm
2871 Lake Vista Dr., Suite 150
Lewisville, Texas 75067
Tel: (972) 436-9300
Fax: (972) 436-9000
Attorney for Appellant

## CERTIFICATE OF CONFERENCE

I certify that Appellant's current counsel conferred via email with Ms. Angie Creasy, counsel for the State of Texas, on March 16, 2015, regarding the merits of this Motion, and Ms. Creasy stated that she does not oppose Appellant's Second Motion to Extend Time to File Appellant's Brief.

/S/ Craig M. Price
Craig M. Price

## CERTIFICATE OF SERVICE

This is to certify that on March 16, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Travis County, PO Box 1748, Austin, Texas 78767, by e-service.

/S/ Craig M. Price
Craig M. Price